UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DAIMLER TRUST AND MERCEDES BENZ FINANCIAL SERVICES USA, LLC *d/b/a Daimler Truck Financial*,<br><br>        PLAINTIFFS<br><br>v.<br><br>CARLEN TRANSPORT, INC. AND LEONARD G. PETERS,<br><br>        DEFENDANTS | CIVIL NO. 10-312-B-H |

**ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The plaintiffs have moved for summary judgment against the defendant Leonard G. Peters. The defendant has not responded. I treat the plaintiffs' statement of material facts, supported by record citations, as admitted. See Local Rule 56(f); Fed. R. Civ. P. 56(e). On the undisputed facts, the plaintiffs are entitled to judgment as a matter of law.

Judgment shall be entered in the plaintiffs' favor against the defendant Leonard G. Peters in the amount of $1,562,557.63, together with costs and attorney fees.

SO ORDERED.

DATED THIS 7TH DAY OF MARCH, 2011

                                          /S/D. BROCK HORNBY
                                          **D. BROCK HORNBY**
                                          **UNITED STATES DISTRICT JUDGE**